IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOWARD ERBES,   | No. C 07-3833 WHA (PR) |
|     Petitioner, | **ORDER EXTENDING TIME** |
|   v. | |
| B. CURRY, Warden, | |
|     Respondent. | |

    Petitioner's motion for an extension of time to file his traverse (document number 6 on the docket) is **GRANTED**. The traverse, if any, shall be filed by November 26, 2007.

    **IT IS SO ORDERED.**

Dated: October   22  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\ERBES833.EXT-P.wpd