EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
DENISE A. YATES, State Bar No. 191073
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5531
  Fax: (415) 703-5843
  Email: Denise.Yates@doj.ca.gov
Attorneys for Respondent Ben Curry, Acting Warden
at the Correctional Training Facility
SF2007200609

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HOWARD ERBES,<br><br>                Petitioner,<br><br>v.<br><br>B. CURRY, WARDEN,<br><br>                Respondent. | No. C 07-3833 WHA (PR)<br><br>**RESPONDENT'S REPLY TO OBJECTIONS TO MOTION TO DISMISS** |

     Respondent moved to dismiss this habeas petition brought by state prisoner James Erbes because Erbes had not fairly presented his no-parole policy and plea agreement claims to the California Supreme Court before filing this petition.  Erbes does not counter Respondent's motion other than to generically allege that pro se pleadings should be liberally construed, and to reassert that his plea agreement was broken.  Erbes's contentions do not help him because this Court cannot liberally construe what was not presented, and the validity of his claim is not at issue in this motion.  Thus, Erbes has not met his burden that he exhausted all of his claims before filing this petition.  *Williams v. Craven*, 460 F.2d 1253, 1254 (9th Cir. 1972) (per curiam).

Accordingly, for the reasons stated in this reply and in Respondent's motion to dismiss, this Court must dismiss this mixed petition. *Pliler v. Ford*, 542 U.S. 225, 227 (2004) (citing *Rose v. Lundy*, 455 U.S. 509, 510 (1982)).

Dated: November 14, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

DENISE A. YATES
Deputy Attorney General

Attorneys for Respondent Ben Curry, Acting Warden at the Correctional Training Facility

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Erbes v. Curry**

No.:   **C07-3833 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **November 15, 2007**, I served the attached

### RESPONDENT'S REPLY TO OBJECTIONS TO MOTION TO DISMISS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**James Howard Erbes, C-60318**
**Correctional Training Facility**
**P.O. Box 689**
**Soledad, CA 93960-0689**
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **November 15, 2007**, at San Francisco, California.

|  |  |
|---|---|
| J. Palomino | /s/ J. Palomino |
| Declarant | Signature |

40186673.wpd